ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/15/2015 10:35:49 AM
Pam Estes
CLERK

# No. 12-15-00121-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/15/2015 10:35:49 AM
PAM ESTES
Clerk

## In the Twelfth Court of Appeals
## Tyler, Texas

**Garry L. Rollins and Carla D. Rollins,**
*Appellants*

**v.**

**Texas College and MPF Investments, LLC,
d/b/a "A-1 Rent All,"**
*Appellees*

Appealed from the 7th Judicial District Court
Smith County, Texas

## APPELLEE TEXAS COLLEGE'S SECOND
## UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

Trey Yarbrough
Texas Bar No. 22133500
Dallas W. Tharpe
Texas Bar No. 24052036
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Telephone: 903-595-3111
Facsimile: 903-595-0191

Greg Smith
Texas Bar No. 18600600
Nolan D. Smith
Texas Bar No. 24075632
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile: 903-597-2413

**ATTORNEYS FOR APPELLEE TEXAS COLLEGE**

**To the Honorable Court of Appeals:**

Texas College asks the Court to extend the time for filing its appellee's brief by 30 days, to and including Friday, January 15, 2016.

## 1.
## Information Required by Rule 10.5

The following information supports this request.

(i)     Appellee's brief is currently due to be filed December 16, 2015.

(ii)    Texas College requests that the deadline for filing this brief be extended by 30 days, to Friday, January 15, 2016.

(iii)   This is Texas College's second request to extend the briefing deadline.

## 2.
## Facts Explaining the Need to
## Extend the Briefing Deadline

Counsel is unable to complete the brief and secure the necessary client review and approval by the current deadline. Besides work on this brief, Greg Smith, lead counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i)     No. 12-15-00287-CV, *Blue Cross & Blue Shield of Texas, a Division of Healthcare Service Corp., et al. v. East Texas Medical Center*, In the Twelfth Court of Appeals, Tyler, Texas (*motion for stay and appellant's brief*);

1

(ii)     No. 12-15-00105-CV; *Consolidated Property Interests, LLC v. Jerry Payne and Penny Payne*; In the Twelfth Court of Appeals, Tyler, Texas (*appellant's reply brief*); and

(iii)    No. 12-0517; *Harleton Oil & Gas, Inc. v. Frank M. Bufkin, III, et al.*; In the 71st District Court of Harrison County, Texas (*summary-judgment proceedings*).

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure that Appellee's brief sufficiently aids the Court's decisional process.

**4.**
**Conference with Opposing Counsel**

Ernesto D. Sigmon, counsel for Appellants, and Levon G. Hovnatanian, counsel for MPF Investments, state that the relief requested in this motion is unopposed.

**5.**
**Conclusion and Prayer**

Appellee, Texas College, prays that the Court would extend the time for filing its appellee's brief by 30 days, to and including Friday, January 15, 2016.

Respectfully submitted,

___/s/ Greg Smith_____

Greg Smith
State Bar No. 18600600
Nolan Smith
State Bar No. 24075632
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile:  (903) 597-2413
gregs@rameyflock.com
nolans@rameyflock.com

Trey Yarbrough
State Bar No. 22133500
Dallas W. Tharpe
State Bar No. 24052036
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson, Suite 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile:   (903) 595-0191
trey@yw-lawfirm.com
dallas@yw-lawfirm.com

**COUNSEL FOR APPELLEE,
TEXAS COLLEGE**

3

## Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel of record in accordance with the applicable Texas Rules of Civil Procedure on this the 15th day of December, 2015, on the following:

**Via E-Service**
Ernesto D. Sigmon                                   esigmon@esigmon.com
Walker Sigmon
416 West Saulnier Street
Houston, Texas 77019

Levon G. Hovnatanian                          hovnatanian@mdjwlaw.com
Todd M. Lonergan                                 lonergan@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002

Ryan K. Geddie                                      geddie@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248


                                        /s/ Greg Smith
                                       Greg Smith

4